

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                               MAGISTRATE NO.: 3:24-mj-137-LGI

PEDRO MUNOZ BENITO

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this Court after appropriate inquiry that he

requests appointment of counsel and is financially unable to obtain counsel, the Federal Public

Defender is hereby APPOINTED to represent the defendant in the above-styled and numbered

cause.

Should this case proceed before a United States District Judge, the appointment shall,

nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SO ORDERED, this the 28th day of February, 2024.

_____
LaKeysha Greer-Isaac
United States Magistrate Judge