IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  MAGISTRATE NO. 3:24MJ137-LGI

PEDRO MUNOZ BENITO

## ENTRY OF APPEARANCE

COMES NOW, Princess Abby, Assistant Federal Public Defender, and enters her appearance as lead counsel for defendant Pedro Munoz Benito in the above-referenced matter.

This the 29th day of February, 2024.

Respectfully submitted,

/s/Princess Abby
Princess Abby, MB#106000
Assistant Federal Public Defender
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: princess_abby@fd.org

## CERTIFICATE OF SERVICE

I, Princess Abby, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

This the 29th day of February, 2024.

/s/Princess Abby
Assistant Federal Public Defender