IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 3:24CR26-CWR-ASH

PEDRO MUNOZ BENITO

NOTICE OF MAXIMUM PENALTY

**Possession of a Firearm by a Prohibited Person**
18 U.S.C. §§ 922(g)(5) and 924(a)(8)

- Not more than fifteen (15) years imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years post-release supervision
- $100 special assessment