

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR -5 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Clinton

COUNTY: Hinds

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:24CR26-CWR-ASH
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 3:24mj137-LGI
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: Pedro Munoz Benito

**U.S. ATTORNEY INFORMATION:**

AUSA Samuel Goff          BAR # MS 105813

INTERPRETER: ___ NO _X_ YES   LIST LANGUAGE AND/OR DIALECT: Spanish

**LOCATION STATUS:**   ARREST DATE 2/26/2024

_X_ ALREADY IN FEDERAL CUSTODY AS OF 2/27/2024
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__   ___ PETTY   ___ MISDEMEANOR   __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:922G.F | 18 U.S.C. § 922(g)(5) | Possession of a Firearm by a Prohibited Person | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _[signature]_

Revised 9/22/2020