AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

United States of America
v.
Pedro Munoz Benito

Defendant

Case No. 3:24mj137-LGI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Pedro Munoz Benito,

who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Secion 922(g)(5): Alien in Possession of a Firearm

Certified True Copy
By: _____
Courtroom Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Mar 20 2024
ARTHUR JOHNSTON, CLERK
By: N. Lewis, Deputy Clerk

Date: 2/27/2024

Issuing officer's signature

City and state: Jackson, Mississippi

LaKeysha Greer Isaac, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/27/2024, and the person was arrested on *(date)* 2/28/2024
at *(city and state)* Madison County, MS.

Date: 2/28/2024

Arresting officer's signature

Derrick McClung D.O
*Printed name and title*