IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:24CR26-CWR-ASH

PEDRO MUNOZ BENITO

AGREED ORDER OF CONTINUANCE

This cause having come before the Court on the motion of the defendant to continue this matter and Government advising that it has no objection to said motion, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that counsel needs additional time to meet with the Defendant and reach an appropriate resolution in this matter, pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar finds that this motion should be granted for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued until the Court's next trial term beginning on _____ September 3 _____, 2024, and that the period of delay shall be excluded

in computing the time within which the trial of this matter commence in accordance with the

Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the ___26th___ day of June, 2024.


_____

UNITED STATES DISTRICT JUDGE



AGREED:

_____
PEDRO MUÑOZ BENITO
Defendant

_____
PRINCESS ABBY
Attorney for Defendant


_____
SAMUEL GOFF
Assistant U.S. Attorney


_____
César E. Vázquez
Interpreter