IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-26-CWR-ASH

PEDRO MUNOZ BENITO

## NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order of July 3, 2024, which granted defendant's motion to dismiss [Dkt. No. 21].

Respectfully submitted,

TODD W. GEE
*United States Attorney for the*
*Southern District of Mississippi*

By: /s/ Samuel Goff
SAMUEL GOFF
Mississippi Bar Number 105813
*Assistant United States Attorney*
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601) 965-4480
Attorney for United States of America

Dated: July 8, 2024